| | | | | |
|---|---|---|---|---|
| J.T., Matter of.................. | 49A02–1607–JC–1622 | 03/20/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Dismissed<br>Concurs<br>Concurs |
| L.W., In re Adoption of ......... | 82A01–1610–AD–2314 | 03/20/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Ryan v. State .................. | 49A02–1606–CR–1468 | 03/20/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Morgan v. State ............... | 35A02–1608–CR–1864 | 03/21/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Hamilton v. State .............. | 84A01–1608–CR–1754 | 03/21/2017 | BARNES, J.<br>KIRSCH, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Morris v. State ................. | 42A01–1604–CR–920 | 03/21/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Wade v. State .................. | 20A03–1610–CR–2427 | 03/21/2017 | KIRSCH, J.<br>ROBB, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Schafer v. State ............... | 49A04–1605–CR–1143 | 03/21/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State................. | 79A02–1608–CR–1924 | 03/21/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Martin v. State................. | 71A05–1611–CR–2674 | 03/21/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Heroy v. State ................. | 20A05–1607–CR–1572 | 03/21/2017 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Dokes v. State ................. | 71A03–1605–CR–1190 | 03/21/2017 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs' |